IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO

Civil Action No.: 1:20-cv-01837-SKC

LAKINYA BESS,
on behalf of Plaintiff and all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES,

    Defendant.

## NOTICE OF FILING OF UNOPPOSED SECOND AMENDED MOTION TO CONSOLIDATE

PLEASE TAKE NOTICE that on the 1st day of July, 2020, the undersigned filed an Unopposed Second Amended Motion to Consolidate in *Young v. Frontier Airlines, Inc.*, Case No. 1:20-cv-01153-PAB-KLM for:

- *Young v. Frontier Airlines, Inc*., 1:20-cv-01153-PAB-KLM;

- *Sweet v. Frontier Airlines, Inc.* Case No. 1:20-cv-01340-RM-NRN;

- *Rivera-De Leon v. Frontier Airlines, Inc.*, Case No. 1:20-cv-01518-NRN;

- *Obertman v. Frontier Airlines, Inc.* Case No. 1:20-cv-01689-STV;

- *Johnson v. Frontier Airlines, Inc.* Case No. 1:20-cv-01751-MEH; and

- *Bess v. Frontier Airlines, Inc.*, No. 1:20-cv-01837-SKC.

1102528v.1

*See* **Exhibit 1.** Any future pleadings or correspondence concerning the aforementioned requested consolidation should refer to *Young v. Frontier Airlines, Inc.*, case number 1:20-cv-01153-PAB-KLM.

DATED this 1st day of July, 2020.   Respectfully submitted,

By: */s/ Jason D. Melichar*
Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

Patrick J. Kearns, Esq.
401 West A Street Suite 1900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
patrick.kearns@wilsonelser.com

David M. Ross, Esq.
1500 K Street, NW, Suite 330
Washington, D.C. 20005
(202) 626-7660
(202) 628-3606 (fax)
david.ross@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 1st day of July, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

       Tina Wolfson, Esq.
       Ahdoot & Wolfson, PC
       10728 Lindbrood Drive
       Los Angeles, CA 90024
       Telephone: (310) 474-9111
       Facsimile: (310) 474-8585
       twolfson@ahdootwolfson.com
       *Attorneys for Plaintiffs*

                                                  */s/ Jason D. Melichar*
                                                  Jason D. Melichar, Esq.